### RIES *et al. v.* HARDEMAN & HOUSER.

HILL, J. The verdict was not demanded by the evidence in this case, and the judge did not abuse his discretion in granting a first new trial.

*Judgment affirmed. All the Justices concur.*

OCTOBER 19, 1916.

Equitable petition. Before Judge Mathews. Bibb superior court. October 25, 1915.

*Wallace Miller* and *Charles H. Garrett,* for plaintiffs.

*Feagin & Hancock* and *C. L. Shepard,* for defendants.